**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Haywood McBee,            ) | No. CV-04-2517-PHX-FJM |
|         Plaintiff,                ) | **ORDER** |
| vs.                               ) | |
| Joseph M. Arpaio, et al.,         ) | |
|         Defendants.               ) | |

The court has before it defendants' Motion to Dismiss (doc. 8) pursuant to Rule 12(b) of the Federal Rules of Civil Procedure for plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). Plaintiff has not responded to the Motion.

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, claiming that the conditions of his confinement violated his Eighth Amendment rights. Specifically, he alleges his rights were violated as a result of (1) inadequate food, (2) overcrowding, (3) lack of recreation, (4) no access to a telephone, and (5) lack of medical care.

Maricopa County Sheriff's Office policy number DJ-3 provides for a three-tiered administrative review process for grievances, which include (1) the initial grievance and decision by the hearing officer, (2) the institutional appeal, and (3) the external appeal. Defendants' Motion, Exhibit A. In order to fully exhaust the administrative process, an inmate must appeal the grievance through the third step of the process, the external appeal.

1  Here, the plaintiff filed grievances related to overcrowding, inadequate food and lack
2  of medical care, but he did not appeal beyond the first step of the administrative process.  No
3  grievance was filed relating to his claims of lack of recreation or inadequate access to a
4  telephone.  By failing to complete the administrative process, plaintiff has failed to exhaust
5  his administrative remedies as required by 42 U.S.C. § 1997e(a).

6  Moreover, plaintiff's failure to respond to the Motion to Dismiss serves as an
7  additional, independent reason to grant the motion.  Failure to respond to a motion "may be
8  deemed a consent to the . . . granting of the motion, and the Court may dispose of the motion
9  summarily."  LRCiv 7.2(i).

11  Accordingly, **IT IS ORDERED, GRANTING** defendants' Motion to Dismiss (doc.
12  8).

13  DATED this 14th day of October, 2005.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge

- 2 -